UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ADRIAN MINNIS,                    )
                                   )
          Movant,                  )
                                   )
     vs.                           )          Case No. 4:09CV89 RWS
                                   )
UNITED STATES OF AMERICA,          )
                                   )
          Respondent.              )

## MEMORANDUM AND ORDER

This matter is before me on respondent's motion to unseal the transcript of

proceedings before this Court on March 8, 2006 in USA v. Minnis, Cause Number

4:04CR629 RWS.  Movant has filed a motion to vacate, set aside, or correct his

sentence pursuant to 28 U.S.C. § 2255.  Movant's § 2255 motion includes

allegations of ineffective assistance of counsel.  The hearing on March 8, 2006

was set to discuss two motions that movant filed in his underlying criminal case

called "Motion Complete Breakdown of Communication Between Defendant and

Legal Counsel" and "Motion Ineffective Assistance of Counsel."  I sealed a

portion of the transcript from this hearing to preserve the integrity of movant's

attorney-client communications.  However, because movant has now placed his

attorney's performance in the underlying case at issue in this § 2255 proceeding, I

find that good cause exists to unseal the transcript of proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that respondent's motion to unseal transcript of proceedings [#3] is granted, and the transcript from the March 8, 2006 hearing in <u>USA v. Minnis</u>, Cause Number 4:04CR629 RWS, is unsealed.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of February, 2009.